AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3788 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William West,<br><br>                Plaintiff,<br><br>vs.<br><br>BUNGER, *et al.*,<br><br>                Defendants. | Case No. 2:24-cv-01605-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 17 |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and William West, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date.

DATED this 12 day of September 2025.

_____
William West #1183573
*Plaintiff,* pro se

DATED this 12th day of September 2025.
AARON D. FORD
Attorney General

By:

*/s/ John Regalia*
John Regalia, (Bar No. 16969)
*Attorneys for Interested Party*

## ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 10, 2025